BARNEY McKENNA OLMSTEAD & PACK, P.C.
M. ERIC OLMSTEAD (SBN 130962)
eolmstead@barney-mckenna.com
43 South 100 East, Suite 300
St. George, Utah 84770
Telephone: (435) 628-1711
Fax: (435) 628-3318
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN AUERBACH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUCCESSFUL EDUCATION ONLINE, LLC, and DOES 1-10, inclusive and each of them,<br><br>Defendants. | **ORDER**<br><br><br><br><br><br>**CASE NO. C 12 5248 JSC** |

Based upon the parties' Stipulation to extend time, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation is granted and Defendant has until November 15, 2012 in which to respond to the Complaint.

SO ORDERED this __7th__ day of November, 2012.

BY THE COURT:

___Jacqueline S. Corley___
Judge
Magistrate Judge Jacqueline Scott Corley