M. Eric Olmstead (SBN 130962)
BARNEY McKENNA OLMSTEAD & PACK, P.C.
43 South 100 East, Suite 300
St. George, UT 84770
Phone: (435) 628-1711
Fax: (435) 628-3318
EOlmstead@barney-mckenna.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN AUERBACH, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SUCCESSFUL EDUCATION ONLINE, LLC, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendants. | Case No. 3:12-cv-05248-JSC <br><br> **CLASS ACTION** <br><br> **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** <br><br> **Date: March 7, 2013** <br> **Time: 1:30pm** <br> **Courtroom F** <br><br> **Hon. Judge Corley** |

DEFENDANT, SUCCESSFUL EDUCATION ONLINE, LLC, by and through its attorney of record, M. Eric Olmstead, of Barney McKenna Olmstead & Pack, P.C., hereby requests that counsel for Defendant be allowed to appear telephonically at the upcoming Case Management Conference scheduled for March 7, 2013.

Inasmuch as Defendant's counsel resides in the State of Utah, personal appearance at the Case Management Conference would cause a hardship on Defendant in that extensive travel time and expense will be incurred for counsel's personal appearance.

Respectfully submitted this 28th day of February, 2013.

BARNEY McKENNA OLMSTEAD & PACK, P.C.

By: <u>M. Eric Olmstead/s/</u>
E. Eric Olmstead
Attorney for Defendant,
Successful Education Online, LLC

```
Counsel shall contact Court Call at 1-888-882-6878 to
make the arrangements to appear by telephone.
Dated: March 7, 2013
```



GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I, Loretta L. Collins, declare:

I am a resident of the State of Utah and over the age of eighteen years, and not a party to the within action; my business address is Barney McKenna Olmstead & Pack, P.C., 43 South 100 East, Suite 300, St. George, UT 84780. On February 28, 2013, I served the within document(s):

**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

√ By electronic service via the Court's CM/ECF System on all counsel of record as follows:

Todd M. Friedman
Nicolas J. Bontrafer
Law Offices of Todd M. Friedman, P.C.
369 Doheny Dr., # 415
Beverly Hills, CA 90211
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com

I declare that I am employed in the officer of a member of the bar of this court at whose direction the service was made.

Executed on February 28, 2013, at St. George, Utah.

                                          Loretta L. Collins /s/
                                          Loretta L. Collins