Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN AUERBACH, on behalf of himself and all others similarly situated, | Case No. 3:12-cv-05248-JSC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| SUCCESSFUL EDUCATION ONLINE, LLC, and DOES 1 through 10, inclusive, and each of them, | |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. Plaintiff further requests that this Honorable Court vacate the Case Management Conference currently set for April 18, 2013. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 12th day of April, 2013.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 12th day of April, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jacqueline Scott Corley
United States District Court
Northern District of California

M. Eric Olmstead
eolmstead@barney-mckenna.com
Barney McKenna Olmstead & Pack, P.C.
Attorney for Defendant

This 12th day of April, 2013.

s/Todd M. Friedman
Todd M. Friedman

```
The case management conference currently scheduled for April 18, 2013 is
continued to 1:30 p.m. on June 27, 2013.
```

Dated: April 15, 2013

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

Notice of Settlement - 2